OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

120 North Henry Street, Room 320 • P.O. Box 432 • Madison, WI 53701-0432 • 608-264-5156

April 5, 2011

Office of Passport Policy & Advisory Services
1111 - 19th Street NW, Room 260
Washington, DC  20522

RE:   USA v. AMY B. STRAIT
      Case No: 09-cr-142-wmc-2

To Whom it May Concern:

Enclosed please find the passport for Amy B. Strait, #221250163, along with a copy of the court order in the above-entitled matter transferring possession of this passport to your office. A copy of the criminal judgment is also provided.

If you have any questions, please contact our office.

Very truly yours,

PETER OPPENEER, Clerk of Court

By: s/Vivian Olmo

Enclosures